**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Katherine A Theunissen          Valerie Guidry
Mahtook & Lafleur               Ottinger, Hebert, LLC
P. O. Box 3089                  P. O. Drawer 52606
Lafayette LA 70502              Lafayette LA 70505-2606

**REHEARING ACTION: February 2, 2011**

**Docket Number: 10   00623-CA**

**PETER D. VIZZI, M.D., A MEDICAL CORPORATION**
**VERSUS**
**LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT**

**Appealed from Lafayette Parish Case No. C-20092080**

<u>**BEFORE JUDGES**</u>**:**

> **Hon. Sylvia R. Cooks**
> **Hon. Oswald A. Decuir**
> **Hon. Elizabeth A. Pickett**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Lafayette City-Parish Consolidated Government** has this day

been

> **GRANTED.**
> Pickett, J., would deny rehearing.
>
> **This case is set for oral argument on March 2, 2011 at 10:30 a.m.**

cc: Kevin Scott Frederick, Counsel for the Appellee